

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC, and Centerpoint
Energy Resources Corp,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before August 30, 2019. No further extensions absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court